IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Kenneth R. Thompson, | : | |
| Plaintiff | : | Civil Action 2:99-cv-1404 |
| v. | : | Judge Sargus |
| Small Business Administration, | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

For the reasons set forth in the Court's Order (Doc. 40) denying Plaintiff's June 13, 2012 motion for reconsideration, Plaintiff's July 12, 2012 motion for reconsideration is **DENIED**.

Plaintiff has, since this matter was dismissed in 2000, moved on November 18, 2002 to set aside the judgment, moved on September 11, 2003 to set aside the judgment, moved on May 21, 2012 to void the judgment, moved on June 13, 2012 to reconsider the Court's refusal to void the judgment, and now moved on July 12, 2012 to reconsider the Court's refusal to reconsider. His repeated relitigation of the same issues is an unwarranted burden on the limited resources of the judicial system.

Accordingly, the Clerk of Court is **ORDERED** not to accept any further matter from Plaintiff in this case for filing, unless it has first been presented to a Magistrate Judge to determine whether it is frivolous in nature.

**IT IS SO ORDERED.**

8-7-2012
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**